**Vickie L. McIver ROBERTS,
Plaintiff—Appellant,**

v.

**NORTH CAROLINA BAPTIST HOSPITAL EMPLOYEE RELATIONS,
Defendant—Appellee.**

No. 05–1776.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 9, 2005.

Decided Nov. 18, 2005.

Vickie L. McIver Roberts, Appellant Pro Se.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vickie L. McIver Roberts appeals the district court's order adopting the recommendation of the magistrate judge and dismissing her civil action as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Roberts v. N.C. Baptist Hosp. Employee Relations,* No. CA–05–241–1 (M.D.N.C. May 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*